**STATE of Missouri, Respondent,**

v.

**Rodney CROCKETT, Appellant.**

**No. WD 59218.**

Missouri Court of Appeals, Western District.

Aug. 14, 2001.

Motion for Transfer to Supreme Court Denied Oct. 2, 2001.

Application for Transfer Denied Nov. 20, 2001.

Amy M. Bartholow, Asst. Public Defender, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Susan K. Glass, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before PAUL M. SPINDEN, Chief Judge, VICTOR C. HOWARD and LISA WHITE HARDWICK, Judge.

## ORDER

Rodney Crockett appeals the circuit court's judgment convicting him of one count of possession of a controlled substance with intent to distribute and one count of trafficking drugs in the second degree. We affirm. Rule 30.25(b).